# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, June 8, 2023**　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room    302**

<u>9:30 AM</u>
**6:23-10976    Jihad Saker**　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**

*Telephonic Hearing*　　　　　　　*Gregg Roberts movant*

**#3.00**    Creditor's Motion for Dismissal of Case

Richard Sturdevant to appear by telephone (714)442-3335    *Debtor*

　　　　　　　　　　　　　Docket    17

**Matter Notes:**

　　GRANTED: _____　　　　DENIED: ✓ _____

　　CONT'D. TO: _____

　　　　Briefing filed: _____

　　　　Opposition filed: _____

　　　　Reply filed: _____

　　WITHDRAWN: _____

　　　　Order Lodged by: *debtor's counsel*

**Tentative Ruling:**

DENY.

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Jihad Saker　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　Amanda G. Billyard